**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 18-cr-300-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

1. JOSEPH PRINCE, and
2. **ROLAND VAUGHN**,

        Defendants.

_____

**UNOPPOSED MOTION FOR ENDS OF JUSTICE CONTINUANCE,
TO VACATE THE TRIAL DATE AND FINAL TRIAL PREPARATION CONFERENCE
AND TO EXCLUDE ADDITIONAL TIME UNDER THE SPEEDY TRIAL ACT**
_____

      The Defendant, Roland Vaughn, by and through counsel, John Henry Schlie, hereby moves pursuant to Rules 12(b) and 47, Federal Rules of Criminal Procedure and 18 U.S.C. § 3161 for an ends of justice continuance, to vacate the trial date and Final Trial Preparation Conference set herein and to exclude an additional 120 days of time from the period within which the trial of this matter must commence. In support of said Motion, Mr. Vaughn would respectfully state to the Court as follows:

      1.  The undersigned counsel certifies that he has conferred with AUSA Anna K. Edgar and David Johnson, counsel for co-defendant Joseph Prince, concerning the substance of this Motion and has been authorized to state that the government and Mr. Prince have no objection.

      2.   On August 16, 2018, the Court granted Mr. Prince's Motion to Continue Trial (Docket # 19), making detailed factual findings, granting an ends of justice

continuance and excluding time under the Speedy Trial Act (Docket # 21).  The Court vacated the then scheduled trial date and reset the trial in this matter for February 19, 2019 with a Final Trial Preparation Conference on February 14, 2019.  A motions deadline was set for October 31, 2018.  At the time of this Order, Mr. Prince was the sole defendant in the case.

3.   On December 4, 2018, the Government filed a Superseding Indictment which added Mr. Vaughn as a defendant and 6 statutory charges and 37 counts against Mr. Prince.  Mr. Vaughn's first appearance in this District was on December 18, 2018. (Docket # 32).

4.   On or about January 2, 2019, the Government sent the case discovery to counsel for Mr. Vaughn.  A cursory examination of the discovery indicates that it contains nearly 4500 audio files, 665 digital files, approximately 1751 e-mails, 140 spreadsheets and over 9800 text messages, a total of approximately 16,881 files and an estimated 71,000 pages of material.  This production increased the initial discovery production in July 2018 exponentially.

5.  In light of the above factual circumstances, Mr. Vaughn moves that this Court vacate the trial date of February 19,2019 and the Final Trial Preparation Conference set for February 14, 2019.

6.  Further, Mr. Vaughn moves that this Court enter an Order excluding an additional 120 days from the Speedy Trial calculations.  18 U.S.C. § 3161(h)(7)(A) provides that a Court shall exclude a period of time of delay from the time within which a trial must commence when "the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial."  The factors to be

considered in such an evaluation are listed in 18 U.S.C. § 3161(h)(7)(B)(i)-(iv). Similarly, the Tenth Circuit set forth four factors that the Court should consider in *United States v. West*, 828 F.2d 1468, 1470 (10th Cir. 1987). This case meets the criteria set forth in both 18 U.S.C. § 3161(h)(7) and *West*. As stated above, this Court has previously made detailed findings with regard to the requirements of 18 U.S.C. § 3161(h)(7)(A) and the factors to be considered by the Court pursuant to 18 U.S.C. § 3161(h)(7)(B)(i)-(iv). Similar circumstances are present here and Mr. Vaughn moves that the Court consider and incorporate those prior factual findings together with the noted volume of discovery above, a substantial portion of which may be new to Mr. Prince as well, with regard to the present Motion. Counsel for Mr. Vaughn has not had sufficient time to review the 4500 audio files, the 9800 text messages or the 71,000 pages of discovery in this matter to determine their relevance or significance to Mr. Vaughn. As a result, counsel is not prepared for trial on February 19, 2019 or the Final Trial Preparation Conference and has not had an opportunity to file any motions as that deadline has long since passed. Mr. Vaughn submits that a failure to grant a continuance beyond the time presently prescribed by 18 U.S.C. § 3161(c) would likely result in a miscarriage of justice within the meaning of 18 U.S.C. § 3161(h)(7)(B)(i), that, even considering due diligence, failure to grant the motion would deny counsel for Mr. Vaughn the reasonable time necessary for effective pretrial and trial preparation within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv), and that the ends of justice served by granting the Motion outweigh the best interests of the public and the defendants in a speedy trial within the meaning of 18 U.S.C. § 3161(h)(7)(A). Mr. Vaugn further submits that counsel for Mr. Vaughn has been diligent in the review and processing of

the voluminous discovery, that it is highly likely that the requested continuance would accomplish the purposes underlying the request for continuance, i.e. giving counsel sufficient time to review and analyze the discovery, research and file any necessary motions and prepare a defense, that the Government, its witnesses and the Court will not be inconvenienced as a result of the continuance and that the need for the continuance and the harm that would likely be suffered by Mr. Vaughn if the request for a continuance is denied is substantial.

7.  Mr. Vaughn consents to the filing of this Motion.

WHEREFORE, Mr. Vaughn prays that this Court enter an Order granting an ends of justice continuance, vacating the trial date of February 19, 2019 and the Final Trial Preparation Conference set for February 14, 2019, excluding an additional 120 days of time from the period within which the trial of this matter must commence and for such other and further relief as the Court may deem to be just and appropriate in the premises.

Respectfully submitted this 23rd day of January, 2019.

s/ John Henry Schlie
**John Henry Schlie**
John Henry Schlie, P.C.
5105 DTC Parkway, Suite 475
Greenwood Village, Colorado 80111
Telephone: (303) 830-0500
FAX: (303) 860-7855
E-mail: johnhenry@schlielawfirm.com
ATTORNEY FOR DEFENDANT
ROLAND VAUGHN

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2019, I electronically filed the foregoing **UNOPPOSED MOTION FOR ENDS OF JUSTICE CONTINUANCE, TO VACATE THE TRIAL DATE AND FINAL TRIAL PREPARATION CONFERENCE AND TO EXCLUDE ADDITIONAL TIME UNDER THE SPEEDY TRIAL ACT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Anna K. Edgar, Assistant United States Attorney
    Anna.Edgar@usdoj.gov

    <u>s/ John Henry Schlie</u>
    John Henry Schlie, P.C.
    5105 DTC Parkway, Suite 475
    Greenwood Village, Colorado 80111
    Telephone: (303) 830-0500
    FAX: (303) 860-7855
    E-mail: johnhenry@schlielawfirm.com
    ATTORNEY FOR DEFENDANT
    ROLAND VAUGHN