**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 18-cr-00300-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOSEPH PRINCE, and
2. ROLAND VAUGHN

    Defendants.

---

**UNOPPOSED MOTION FOR ADDITIONAL TRIAL DAYS**

---

    The United States of America respectfully moves, unopposed, for entry of an order setting the trial in this case for twelve trial days beginning May 28, 2019. In support of this motion, the United States provides as follows:

    1.    The original indictment in this case charged a single defendant, Joseph Prince, with seven counts of felony conflict of interest in violation of Title 18, United States Code, Sections 208(a) and 216(a)(2). *See* Doc. # 1. The trial was initially set for five days beginning August 27, 2018. *See* Doc. # 18 (Setting and Trial Preparation Order) at 2.

    2.    On August 16, 2018, the Court entered an order granting the defendant's motion to continue the trial and reset the five-day trial to begin on February 19, 2019. *See* Doc. # 21.

    3.    On December 4, 2018, the grand jury returned a Superseding Indictment,

adding an additional defendant, Mr. Vaughn, and thirty-seven additional counts.   The Superseding Indictment includes the same seven conflict-of-interest counts, as well as counts charging health care fraud, conspiracy to commit an offense against the United States, soliciting and receiving illegal gratuities, offering/paying illegal gratuities, and money laundering.   *See* Doc. # 22.

4.   On January 23, 2019, Mr. Vaughn filed a motion seeking a continuance of the trial and the exclusion of 120 days from the speedy trial clock to allow review of the substantial new discovery and preparation for trial on the many charged counts.   *See* Doc. # 47.   The Court entered an order granting defendant's motion to continue the trial, setting trial for four days beginning May 27, 2019, and excluding all time until that date. *See* Doc. # 48.

5.   Defendant's motion did not request a change in the number of trial days. Undersigned counsel should have requested the need for additional time to be noted in the motion.   Evidence at trial will include the testimony of numerous witnesses, including VA employees, at least 16 caregivers, as identified in counts 8 through 23, as well as the playing of recorded phone calls between Mr. Prince and the beneficiaries, which will be time consuming.

6.   For this reason, the United States respectfully requests that the Court set the trial for twelve trial days beginning Tuesday, May 28, 2019. Commencement on this date will comport with the deadline required by the Speedy Trial Act. The Superseding Indictment, which added substantive new counts, reset the speedy trial clock. The initial 70-day speedy trial deadline following the Superseding Indictment ran until February 26,

2019.  See Doc. # 34 at 8 (70-day deadline for second-appearing defendant). Defendant's motion, filed January 23, paused the speedy trial clock with 34 days remaining on the speedy trial clock. Counsel respectfully states that she is scheduled for a two-week trial beginning May 6, 2019, and requests that trial not begin before May 28, 2019.

      7.     Undersigned counsel has conferred with counsel for the defendants regarding the trial time required for all parties and the defendants do not oppose the relief requested in this motion.

     Respectfully submitted this 30th day of January, 2019.

                                 JASON R. DUNN
                                 United States Attorney

                                 By: */s/ Anna K. Edgar*
                                 Anna K. Edgar
                                 Assistant United States Attorney
                                 United States Attorney's Office
                                 1801 California Street, Suite 1600
                                 Denver, Colorado 80202
                                 Telephone: (303) 454-0100
                                 Fax: (303) 454-0409
                                 E-mail: Anna.Edgar@usdoj.gov

                                 Attorney for the United States

## CERTIFICATE OF SERVICE

    I hereby certify that on this 30th day of January, 2019, I electronically filed the foregoing **MOTION FOR ADDITIONAL TRIAL DAYS** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                      By: */s/ Anna Edgar*
                            Anna Edgar
                            Assistant United States Attorney